# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# TOLEDO DIVISION

| | | |
|---|---|---|
| **WADDING** | ) | CASE NO. 3:20-CV-1996 |
| | ) | |
| On behalf of herself and all others similarly situated, | ) | JUDGE HELMICK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| **DOLGEN MIDWEST, LLC, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all defendants.

Respectfully submitted,

/s/ Scott D. Perlmuter
Scott D. Perlmuter (0082856)
4106 Bridge Avenue
Cleveland, OH 44113
216-308-1522
Fax: 888-604-9299
scott@tittlelawfirm.com

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

/s/ Joshua B. Fuchs
Joshua B. Fuchs (0087066)
**THE FUCHS FIRM LLC**
14717 South Woodland Road
Shaker Heights, Ohio 44120
216-505-7500 [phone and fax]
josh@fuchsfirm.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 20th day of November, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have made an appearance by operation of the Court's electronic filing system and those parties may access the filing through the Court's system.

                                              /s/     Joshua B. Fuchs